**KATTEN MUCHIN ROSENMAN LLP**
Gail Migdal Title (Cal. State Bar No. 049023)
David Halberstadter (Cal. State Bar No. 107033)
Tiffany J. Hofeldt (Cal. State Bar No. 228864)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 788-4471
Gail.Title@kattenlaw.com
David.Halberstadter@kattenlaw.com
Tiffany.Hofeldt@kattenlaw.com

Attorneys for Defendant DW STUDIOS L.L.C.,
formerly called DREAMWORKS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD CAMHE, JONATHAN SEGAL, TODD M. CAMHE PRODUCTIONS, INC., TEMPEST RIDGE ENTERTAINMENT, INC. f/k/a KICK IT! ENTERTAINMENT, INC.<br><br>Plaintiff,<br><br>vs.<br><br>DREAMWORKS, LLC<br><br>Defendant. | Case No. CV 07-03741-GAF (VBKx)<br><br>**JUDGMENT** |

Pursuant to its Memorandum and Order Re: Motion For Summary Judgment dated May 14, 2009 (the "Order"), this Court granted the motion for summary judgment filed by Defendant DW STUDIOS L.L.C., formerly called DREAMWORKS LLC ("DreamWorks"), as to the First Claim for Relief (for copyright infringement) alleged in the First Amended Complaint filed by Plaintiffs Todd Camhe, Jonathan Segal, Todd M. Camhe Productions, Inc., Tempest Ridge Entertainment, Inc. f/k/a Kick It! Entertainment, Inc. ("Plaintiffs"). Pursuant to the Order, this Court dismissed without prejudice Plaintiffs' Second and Third Claims for Relief (for breach of implied contract and breach of confidence, respectively) alleged in the First Amended Complaint pursuant to 28 U.S.C. § 1367(c)(3). Based thereon:

**THE COURT HEREBY ENTERS JUDGMENT FOR DREAMWORKS AS FOLLOWS:**

1. Plaintiffs shall take nothing by way of their claim for relief for copyright infringement against DreamWorks.

2. Plaintiffs' First Claim for Relief for copyright infringement against DreamWorks is hereby dismissed with prejudice.

3. Plaintiffs' Second and Third Claims for Relief, for breach of implied contract and breach of confidence, respectively, are hereby dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

4. DreamWorks is hereby entitled to recover its taxable costs of suit in the amount of $_____.

5. As the prevailing party in this action, DreamWorks is entitled to seek recovery of its attorneys' fees and non-taxable costs pursuant to 17 U.S.C. § 505, in accordance with Rule 54 of the Federal Rules of Civil Procedure and Local Rule 54-12.

Dated: May 22, 2009

_____
THE HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE